IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01452-PAB-KMT

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

    Plaintiff,

v.

CURTIS DANIELS and
BARBARA DANIELS,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Notice of Bankruptcy Stay [Docket No. 23], in which defendants inform the Court that they have filed a voluntary petition in the United States Bankruptcy Court for the Southern District of California and that, therefore, plaintiff's claims against defendants are automatically stayed pursuant to 11 U.S.C. § 362(a). Pursuant to the Court's authority under D.C.COLO.LCivR 41.2, it is

    **ORDERED** that this case shall be administratively closed. The case may be reopened by either party upon a showing of good cause. It is further

    **ORDERED** that the parties shall file, either jointly or separately, a status report within thirty days of any action that serves to lift the automatic stay. The status report shall indicate what the action was, the purported impact, and how the party or parties intend to proceed in this case.

    DATED October 17, 2017.